AO 442                                                                             AFPD Appointed

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES OF AMERICA

v.

Victor Gonzalez(1)

WARRANT FOR ARREST

Case Number: B-19-MJ-898-01
19cr3255-BTM-1

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Victor Gonzalez(1)
                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
                                                                                                               [ ] Pretrial Violation

charging him or her with (brief description of offense):
18:371 – Conspiracy
18:1589 – Forced Labor
7:2024(b) – Benefits Fraud
18:981(a)(1)(C),1594,28:2461(c),7:2024 – Criminal Forfeiture

AUG 26 AM I:

In violation of Title    See Above    United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Andersen    **S. ANDERSEN** | 8/26/2019 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $    No Bail    by    The Honorable Bernard G. Skomal
                                                                                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at    Brownsville, TX    09/10/19

| DATE RECEIVED 08/27/2019 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/10/2019 | Special Agent James Koch | [signature] |